**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>     Plaintiff<br><br>          v.<br><br>JEANNETTE TORRES-DIAZ<br>     Defendant | CRIMINAL NO. 98CR177-05(JAF) |

NOTICE OF SATISFACTION OF IMPOSITIONS

TO THE HONORABLE COURT:

   Plaintiff through the undersigned attorney hereby informs the Court that the Special Monetary Assessment and Restitution imposed in this case have been satisfied in full by defendant Jeannette Torres-Diaz.

   I hereby certify that on this date a true copy of this motion was sent to Eustaquio Babilonia, Chief U.S. Probation Office, District of Puerto Rico.

   In San Juan, Puerto Rico, this 10th day of <u>January</u>, 2005.

                                   H. S. GARCIA
                                   UNITED STATES ATTORNEY

                                   S/*Rebecca Vargas-Vera*
                                   REBECCA VARGAS VERA
                                   Assistant U.S. Attorney
                                   Financial Litigation Unit
                                   USDC ID NO. 203307
                                   Torre Chardon, Suite 1201
                                   350 Carlos Chardon Street
                                   San Juan, Puerto Rico 00918
                                   Tel. 766-5656