**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

```
UNITED STATES OF AMERICA
       Plaintiff                    CRIMINAL NO. 98CR177-05(JAF)

            v.

JEANNETTE TORRES-DIAZ
     Defendant
```

### ENTRY OF SATISFACTION

The Satisfaction of the special monetary assessment and restitution IS HEREBY ENTERED.

San Juan, Puerto Rico, this ___ day of _____ of 2005.

                                         FRANCES RIOS DE MORAN
                                         CLERK OF THE COURT
                                         UNITED STATES DISTRICT COURT
                                         FOR THE DISTRICT OF PUERTO RICO

                                         By: _____
                                                Deputy Clerk

Case 3:98-cr-00177-JAF     Document 517-2     Filed 01/10/2005     Page 2 of 2